**FILED**
August 31, 2015
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>GEORGE AUTAGAVIA,<br><br>　　　　　Defendant. | CASE NUMBER: 2:15-mj-00179-KJN<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO:　UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>George Autogavia</u>; Case <u>2:15-mj-00179-KJN</u> from custody and for the following reasons:

　　<u>X</u>　Release on Personal Recognizance

　　__　Bail Posted in the Sum of _____

　　__　Unsecured Appearance Bond in the amount of $

　　__　Appearance Bond with 10% Deposit

　　__　Appearance Bond secured by Real Property

　　__　Corporate Surety Bail Bond

　　<u>X</u>　(Other) <u>Pretrial Supervision/Conditions;</u>

Issued at <u>Sacramento, CA</u> on <u>8/31/2015</u> at 2:55 p.m.

By _____
Kendall J. Newman
United States Magistrate Judge