1 | HEATHER E. WILLIAMS, #122664
Federal Defender
2 | LINDA HARTER, #179741
Chief Assistant for the Federal Defender
3 | 801 I Street, 3rd Floor
Sacramento, CA  95814
4 | Tel: 916-498-5700   Fax: 916-498-5710

Attorneys for Defendant
GEORGE AUTAGAVIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:15 mj 179 KJN |
| Plaintiff, | REQUEST AND [PROPOSED] ORDER FOR TRANSPORTATION ORDER PURSUANT TO 18 U.S.C. §4285 |
| v. | |
| GEORGE AUTAGAVIA, | Judge: Hon. Carolyn K. Delaney |
| Defendant. | |

**BACKGROUND**

Mr. Autagavia was charged in March of last year with driving a motor vehicle while impaired. The charges were filed in federal court in North Carolina (case no. 5:14-mj-02034-JG-1). Mr. Autagavia received notice of a warrant. In response he promptly self-surrendered to the U.S. Marshal's Office for the Eastern District of California on August 31, 2015. He was put on calendar before Magistrate Judge Kendall J. Newman.  He was then released on his own recognizance to return the following day for bail review.  On September 1, 2015, Mr. Autagavia's release was affirmed along with supervision by pre-trial services.

On September 1, 2015 Mr. Autagavia expressed an interested in resolving his case in this district under the provisions of Rule 20.  The government opposed that request. Magistrate Judge Kendall J. Newman then ordered Mr. Autagavia to appear in federal court in Fayetteville, North

-1-

Carolina. Mr. Autagavia is scheduled to appear in federal court in Fayetteville, North Carolina at 08:00 A.M. on October 7, 2015.

Mr. Autagavia is indigent.  Mr. Autagavia is unable to afford his own transportation from Sacramento, California to Fayetteville, North Carolina.  It will be necessary for Mr. Autagavia to depart prior to October 7, 2015 to timely make this appearance.  Mr. Autagavia will also need return transportation from Fayetteville, North Carolina to Sacramento, California on or after October 7, 2015.

**LAW**

If the Court finds that the defendant is "financially unable to provide the necessary transportation to appear before the required court on his own" then the Court may order the U.S. Marshal Service to arrange for the **person's noncustodial transportation to appear in court**. The U.S. Marshal Service may also be authorized to provide money for subsistence as provided for under 5 U.S.C. §5702(a).  *See 18 U.S.C. § 4285.*  This statute applies even where a defendant must travel to "another judicial district in which criminal proceedings are pending".  18 U.S.C. §4285.

**REQUEST**

The facts presented do indicate that the defendant would not be able to pay for the cost of his transportation to the Eastern District of North Carolina for his required court appearance as set by the Eastern District of North Carolina. Accordingly, Mr. Autagavia requests that this Court order payments pursuant to 18 U.S.C. § 4285 for transportation from Sacramento,

//

//

//

//

California to the court in Fayetteville, North Carolina and subsistence. **Mr. Autagavia also requests this Court order return transportation from Fayetteville, North Carolina to Sacramento, California on or after October 7, 2015.** *A hearing on this matter is not requested.*

Dated:  September 16, 2015

                                              Respectfully submitted,

                                              HEATHER E. WILLIAMS
                                              Federal Defender

                                              /s/ Linda C. Harter
                                              LINDA C. HARTER
                                              Chief Assistant Federal Defender
                                              Attorney for Defendant
                                              George Autagavia

1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  LINDA HARTER, #179741
   Chief Assistant for the Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA  95814
4  Tel: 916-498-5700   Fax: 916-498-5710

5  Attorneys for Defendant
   GEORGE AUTAGAVIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:15 MJ 179 KJN |
|---|---|
| Plaintiff, | ) [PROPOSED] ORDER FOR |
|  | ) TRANSPORTATION ORDER PURSUANT TO |
| v. | ) 18 U.S.C. §4285 |
| GEORGE AUTAGAVIA, | ) |
| Defendant. | ) Judge: Hon. Carolyn K. Delaney |

**TO: UNITED STATES MARSHAL SERVICE, SACRAMENTO, CALIFORNIA:**

This is to authorize and direct you to furnish the above named defendant, GEORGE AUTAGAVIA, with transportation and subsistence expenses for travel from Sacramento, California to Fayetteville, North Carolina to timely make his appearance on October 7, 2015 at 8:00 A.M.  Mr. Autagavia will also need return transportation to his residence on or after October 7, 2015.  The United States Marshal must furnish Mr. Autagavia with money for subsistence expenses to and from his destination, not to exceed the amount authorized as a per

//

//

//

diem allowance for travel under section 5702(a) of Title 5, United States Code.  This order is authorized pursuant to 18 U.S.C. §4285.

IT IS SO ORDERED.

Dated:  September 17, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE